**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                     Case No. 16-20732

QUINTIN RAMANAUSKAS,

       Defendant.

_____/

**OPINION AND ORDER GRANTING DEFENDANT'S MOTION FOR EARLY
TERMINATION OF PROBATION**

Defendant Quintin Ramanauskas pleaded guilty to conspiracy to commit bribery and wire fraud. In October 2018, the court sentenced Defendant to 36 months of probation which included, among other conditions, that he complete 150 hours per year of community service. (ECF No. 260, 3107–3109.) His term of supervised release concludes in October 2021. Pending before the court is Defendant's motion for early termination of his probation. The Government does not oppose this motion. (ECF No. 307, PageID.4444.)

Defendant asserts that he has obtained gainful employment at which he works approximately 70 hours a week and that as of February 2020, he completed 159 hours of community service. He completed the majority of his community service at a senior citizen nursing home in Shelby, Michigan. However, Defendant contends that he has not been able to safely continue his community service since the COIVD-19 pandemic began in March 2020 because the State of Michigan issued executive orders closing

nursing homes to volunteers. With the exception of his community service hours,

Defendant has completed all of the terms of his probation.

Requests for early termination of probation are governed by 18 U.S.C. § 3564(c)

which provides:

> The court, after considering the factors set forth in section 18 USCS § 3553(a) to the extent that they are applicable, may, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, terminate a term of probation previously ordered and discharge the defendant at any time in the case of a misdemeanor or an infraction or at any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice.

The court concludes that the circumstances described above support the early

termination of Defendant's probation. At the time of his motion, Defendant has served

over one year of probation. Defendant promptly paid his fine and assessment,

commenced his community service, and has apparently done well to obtain gainful

employment. The court recognizes that further completion of his community service has

been seriously complicated by the present realities of the COVID-19 pandemic. In

consideration of these circumstances, the sentencing factors under § 3553(a), and the

Government's decision not to oppose the motion, the court will grant Defendant's

motion and order the early termination of his probation under 18 U.S.C. § 3564(c).

Accordingly,

IT IS ORDERED that Defendant's motion for early termination of probation (ECF

No. 307) is GRANTED.

s/Robert H. Cleland                    /
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  September 14, 2020

2

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 14, 2020, by electronic and/or ordinary mail.

s/Lisa Wagner                          /
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\HEK\Criminal\16-20732.RAMANAUSKAS.EarlyTerminationProbation.HEK.docx